**ORDERED ACCORDINGLY.**

Dated: March 30, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03066

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tim Allan Mack, Julie Ann Mack<br>　　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　vs.<br><br>Tim Allan Mack, Julie Ann Mack, Debtors,<br>Constantino Flores, Trustee.<br><br>　　　　Respondents. | No. 2:10-bk-02230-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #19) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is the subject of a Deed of Trust dated January 18, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Tim Allan Mack, Julie Ann Mack have an interest in, further described as:

> Apartment Unit 2118, Woodglen Square Unit II Condominium, according to Declaration of Horizontal Property Rcgime, rccorded in Document No. 84-74403; Amended in Document No. 84108143
> and in Document No. 84-41)1)651 allli declaration of Annexation recordcd in document No. 86-435036, and plat recorded in Hook 262 of Maps, page 33 and in Hook 287 of Maps, page 21), records of Maricopa County, Arizona;
>
> TOGETHER WITH an undivided interest in the common elements as set forth in said Declaration
> and Plat and any Annexations thereto.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.